# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | Case No. 1:22-cr-84 |
| --- | --- | --- |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| WILLIAM SHANE JOHNSON | ) | Magistrate Judge Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 33] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count Two of the two count Indictment; (2) accept Defendant's guilty plea to Count Two of the two count Indictment; (3) adjudicate Defendant guilty of possession of an Unregistered National Firearms Act weapon in violation of 26 U.S.C. §§ 5841, 5861(d) and 5871; and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 33] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count Two of the two count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Two of the two count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of possession of an Unregistered National Firearms Act weapon in violation of 26 U.S.C. §§ 5841, 5861(d) and 5871; and

4. Defendant **SHALL REMAIN** in custody pending further order of the Court or sentencing in this matter which is scheduled to take place on **January 11, 2024, at 10:00 a.m. ET**

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**